THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY and THE STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellants.

Appeal by the defendants from an order of the Supreme Court, made at the Kings County Special Term, and entered in the office of the clerk of the county of Kings on the 31st day of December, 1920, enjoining them, *pendente lite*, from increasing certain rates.

JENKS, P. J. (orally): I am ready to announce the decision. Without passing upon the merits of any question presented, we are of opinion that the jurisdiction was exclusively that of the Federal courts. Disposing of this appeal upon that point only, we reverse the order which granted the injunction, without costs, and deny the injunction, without costs. If the case is relieved of injunction, we grant the application for appeal. You may submit an order with the proposed question. If the Attorney-General will serve upon Mr. Keany a copy of the proposed order, Mr. Keany may present his proposed order to me. The motion for a stay will be denied. Rich, Putnam, Blackmar and Jaycox, JJ., concur. Order reversed, without costs, and motion denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Settle order granting leave to appeal before the Presiding Justice.

PATRICK J. DRISCOLL, Respondent, *v.* MARY A. DRISCOLL, as Administratrix, etc., of JOHN J. DRISCOLL, Deceased, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ARTHUR M. FLADE, Respondent, v. MATHILDA M. GERHOLD and Others, Appellants.— Motion denied on condition that appellants perfect the appeal, place the case on the calendar for the February term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of an Application for Leave to Enter into Possession and to Manage and Control and Receive the Rents of Real Property Left by CHARITY C. MOULD, Deceased.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.